IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NYRAN DALE THOMPSON,

    Plaintiff

v.

DEPUTY WARDEN CARVER, *et al.*,

    Defendants

CIVIL NO. 3:CV-16-1529

(Judge Caputo)

FILED
SCRANTON

MAY - 5 2017

PER _____
DEPUTY CLERK

ORDER

AND NOW, this 5th day of **MAY, 2017**, for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. This case is dismissed without prejudice due to Mr. Thompson's failure to timely comply with, or challenge, the Eastern District's order that he pay the $6.65 initial partial filing fee.

2. All pending motions in this matter will be dismissed as moot.

3. The Clerk of Court is directed to close this case.

A. RICHARD CAPUTO
United States District Judge