# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NYRAN DALE THOMPSON,** | : | |
| | : | |
| Plaintiff | : | CIVIL NO. 3:CV-16-1529 |
| | : | |
| v. | : | (Judge Caputo) |
| | : | |
| **DEPUTY WARDEN CARVER,** *et al.*, | : | |
| | : | |
| Defendants | : | |

## O R D E R

**AND NOW**, this **23rd** day of **MAY, 2017**, in accordance with the accompanying memorandum, it is **ORDERED** that:

    1. Mr. Thompson's Complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim for which relief can be granted.

    2. Plaintiff's failure-to-protect claim is dismissed without prejudice.

    3. Within twenty-one (21) days from the date of this order, Plaintiff may file an amended complaint in this action in accordance with the foregoing Memorandum.

    4. The Clerk of Court shall forward to Plaintiff two (2) copies of this Court's prisoner civil-rights complaint form which Plaintiff shall use in preparing any amended complaint he may file.

    5. Failure to file an amended complaint as directed within the required time will result in this action being dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons set forth in the accompanying Memorandum.

                                              **/s/ A. Richard Caputo**
                                              **A. RICHARD CAPUTO**
                                              **United States District Judge**