# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NYRAN DALE THOMPSON,** | : | |
| **Plaintiff** | : | CIVIL NO. 3:CV-16-1529 |
| v. | : | (Judge Caputo) |
| **DEPUTY WARDEN CARVER,** *et al.*, | : | |
| **Defendants** | : | |

# O R D E R

**AND NOW**, this **16th** day of **JUNE, 2017**, in accordance with the accompanying memorandum, it is **ORDERED** that:

> 1. The action is dismissed, without leave to amend, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.
>
> 2. Mr. Thompson's motion for appointment of counsel (ECF No. 24) is denied as moot.
>
> 3. The Clerk of Court shall close this file.

> /s/ A. Richard Caputo
> **A. RICHARD CAPUTO**
> **United States District Judge**